UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:25-cr-94 |
| v. ) | Judge Varlan |
| ) | Magistrate Judge McCook |
| PORTIA ANYAMBA, ) | |
| also known as "Posh" ) | |

## ORDER TO UNSEAL

Upon motion of the United States and for good cause shown, the Court hereby orders that this case, including the Bill of Information and the Plea Agreement, are unsealed and shall be maintained on the public docket. Pursuant to Local Rule 83.9, the Plea Agreement Supplement shall remain under seal.

SO ORDERED this 27th day of October, 2025.

_____
Hon. Jill E. McCook
United States Magistrate Judge