U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Knoxville

Date: October 27, 2025     Courtroom: 4 - Knoxville

Initial Appearance: ☐ Complaint ☐ Indictment ☐ SSI ☑ Information ☐ Violation Petition
☐ Rule 5
Other Hearing: ☑ Arraignment ☐ Arraignment on SSI

**Case No.** 3:25-CR-94     **USA v.** Portia Anyamba

Present Before: HONORABLE Jill E. McCook     U.S. Magistrate Judge

| C. Arrowood/K. Wilson | Joseph Funduzz | Katie Walker |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | US Probation Officer |
| | ☐ Appt. ☑ Retd. ☐ Ltd. App. | |
| Julie Norwood | Kara Nagorny | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter |
| | | ☐ SWORN |

**PROCEEDINGS:**
☐ Financial affidavit executed    Court Appointed: ☐ Federal Defender or ☐ CJA Attorney
☐ Deft. retained an attorney    ☐ Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
☐ Deft. pleads not guilty on counts _____    ☑ Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination    ☐ Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

### DATES SET:

| | |
|---|---|
| Jury Trial: _____ | Final Pretrial Conf.: _____ |
| Detn Hrg: _____ | Preliminary Examination: _____ |
| Arraignment: _____ | Motion Hrg: _____ |
| Status Conf: _____ | Other Hrg: _____ |
| Revocation Hrg: _____ | |

### DEADLINES SET:

| | |
|---|---|
| Discovery Ddl: _____ | Reciprocal Discovery Ddl: _____ |
| Motion Cut-Off: _____ | Response Ddl: _____ |
| Plea Ddl: _____ | Other: _____ |

BOND:
☐ Government moved for detention
☐ Dft WAIVED detention hrg. ☐ Detention hrg. set ☐ Detention hrg. held at Initial Appearance
☑ Deft. released on Conditions of Release
☐ Deft. remanded to the custody of the U.S. Marshal

I, _____, Deputy Clerk, CERTIFY the official record of this
proceeding is an audio file.
DCR File: _____    Court time: 1:05pm to 1:18pm