Curt A. Reynolds,
5011 Christiana Parran Road
Chesapeake Beach, MD 20732
Tel: 301-377-8520; e-mail: c_a_reynolds@yahoo.com

**To Whom It May Concern,**                              February 26, 2025

I am writing to express my utmost support and to provide a character reference for Portia N. Anyamba. Portia married Assaf Anyamba around February 2007, and I attended their wedding.  Assaf and I have been professional colleagues for 30 years, as well as best friends, after we met at an El Niño workshop at NASA-Goddard, Greenbelt, Maryland in the summer of 1995. Portia and my wife, Anita Mhina, are also very close friends, and we have socialized together at family functions and holiday celebrations since 2007.  Having known Portia for almost 20 years, I can definitely say that Portia is a very special person in my family's life and she is the primary family leader for all of our families. In my honest opinion, there is no equal to Portia because she demonstrates traits of love, compassion, trustworthiness, dependability, integrity, scripture knowledge, and spiritual wisdom from her Christian faith in everything she does each and every day.

Trust is an integral part of family and community, and Portia has always earned the trust of her family and neighbors through her honesty and integrity.  She has always been a reliable family member and neighbor during times of need, and she often goes above and beyond to assist her family, friends, and neighbors. Unfortunately, Assaf, her husband, suffered a severe stroke in October 2009 which left him partially paralyzed after being in a coma for four days. Assaf's recovery from his stroke was a miracle and it was Portia's daily love, care and prayer which helped Assaf to recover. Portia also sacrificed her career and her life savings to take care of her husband after his stroke in 2009. Unfortunately, one week before Easter of 2023, Assaf suffered a massive heart attack, and he again was in a coma for several days and woke up partially paralyzed. But Portia again brought Assaf back to life and I know it's Portia Christian faith and prayer that brought Assaf back to life. During these trying times, all family members and myself obtained strength from Portia's leadership, as we watched her remain composed under pressure while her husband almost died and it was Portia's deep Christian faith and prayer which brought Assaf back to life and to a miraculous recovery.

Portia's willingness to lend a helping hand also applies to all family, friends and neighbors.  Every month Portia will do something to brighten someone's day--whether it be hosting family dinners during holidays; visiting her niece to help her sort out her housing issues; help organize surprise birthday parties; listen with empathy or effectively communicate with other family members or neighbors that fosters warmth, love and welcoming environment for all.

I wholeheartedly recommend Portia as a person of integrity and a valued member within our society. I am totally confident that Portia will continue with her positive contributions to everyone she meets and she will serve as a role model in leadership for my children and for all others from all walks of life.

Please feel free to contact me at telephone (301-377-8250) or e-mail (c_a_reynolds@yahoo.com) should you require any additional information about Portia's outstanding character and leadership with our family, friends, and neighbors.
Sincerely Yours,

Curt A. Reynolds

Nokuthula Amaso

No. 48 Association Road VOERA

Estate

Arepo, Ogun State

26 February, 2025

**To Whom It May Concern**

My name is Nokuthula Amaso, a retired citizen of Eswatini. I met Portia 30 years ago. She was a  and I worked first as a Consular Clerk in the Visa Section and later as an Administrative Officer at the South African High Commission in Lagos, Nigeria. I retired in May 2019.

I am writing to express my unwavering support and to provide a character reference for Portia N. Anyamba. I can definitely say that she is a commendable example of a good citizen, demonstrating traits of trustworthiness, dependability, and integrity.

I mostly know Portia as a kind and dependable person.  There was a time when universities were closed for  nine months  due to  strikes and unrests.  Portia spent  most of that  time helping take care of Ambassador  Nene five-year old  triplets, two of whom had frequent  episodes of acute asthma  attacks. It was at the  time when their  mother faced  serious  health  challenges. Without being asked, Portia ensured  that they received all the care and support they needed whether it  is monitoring  their  chests, administering  treatment, supervising  their  homework, or spending  time at the hospital when necessary. I also  remember  when one of her school friends who was  her  senior  at college asked her to  travel  to  her hometown  to  support  her by taking care of her daughter after her father's death.  She still checks and provides support to all those who supported and helped her when she was a struggling student.  A mutual friend, Sunny Nwachokor, calls me occasionally to share his gratitude for Portia's support and encouragement whenever he is faced with some difficulties.  These are testimonies  to  her selflessness, God loving, kindness, trustworthy and reliability.

It is not  only their actions  but  also their demeanor  that sets Portia apart as a model citizen. Her ability  to listen  empathetically and communicate  effectively  fosters  a  welcoming environment  for all. The respect she exhibits  in every  interaction  speaks  volumes about  their character. I wholeheartedly recommend Portia as a person of integrity and a valued member of any society. I am confident that her positive contributions will continue to reflect on her commitment to civic engagement and personal responsibility.

Please feel free to  contact me through my email address, nofamaso@gmail.com or my cell number: +234 805 295  6694 or  +234 803 360 3138 should you require any additional information.

Thank you for considering  this letter of recommendation.

Sincerely,

Nokuthula Amaso (Mrs)
26/02/2025

Ebby K. Haywood
7026 Storch Ln
Lanham, MD 20706

To Whom It May Concern

**Character Reference for Portia N. Anyamba**

My name is Ebby Kamila Haywood. I am an ordained Missions minister with The Church of the Living God in Hyattsville Maryland. I hold a Master of Divinity from the Assemblies of God Theological Seminary (2003) and a Doctor of Philosophy in Atmospheric Science from the University of California -Davis (1990).

I have known Portia Anyamba, 342 Gwinhurst Rd, Knoxville, TN 37934 for 16 years. She is my sister-in-law, married to my younger brother, Assaf Anyamba.  When they both lived in Maryland, we saw each other often, sometimes on Sundays after church, sometimes during daily workout sessions at the gym. Since they moved to Knoxville in 2022, we have stayed in touch via phone and zoom. However, we have also paid each other in-person visits.

Portia is a very loving, caring, and generous person.   After my brother sufered a brain injury, Portia took the next flight from France to Maryland to be with him.  After she completed her tour of duty, she returned to South Africa and requested an early exit from the South African Defence Force.  She chose to serve as her husband's caregiver over her prosperous military career.  My brother has had several health challenges.  Apart from brain injury, he had a raptured appendix and cardiac arrest.  Admirably, throughout these life-threatening events Portia has put her trust in God's will, and has demonstrated more resilience and tenacity.  Our family is truly blessed to have her in our lives.  She is also very hospitable person, inviting family and friends to visit and enjoy times of fellowship in her home.  I also admire her humor and straightforwardness. She is not just a sister-in-law but also a reliable and faithful friend.

Our church does missions work in  the local Hyattsville community as well as Africa. She and her husband have made donations to our Orphan sponsorship program in Uganda, whenever I have reached out to them.

Should you have any further questions, please contact me on 301.538.0729

Yours faithfully,

Rev. Ebby K. Haywood, MDiv., PhD

**Lisa Nelson**
7323 Sunrise Court
Greenbelt, MD 20770
301-615-1422

To Whom It May Concern:

I am writing to offer a personal reference for my former neighbor, Portia Anyamba, who I have had the privilege of knowing for 15 years. In that time, I have come to know Portia as an incredibly dependable and compassionate individual who consistently worked to bring people together and create a positive environment within our community.

Portia is someone I have always been able to rely on as a friendly and supportive neighbor. I can say without hesitation that she is one of the most dependable individuals I know. Whenever there is a task or need, whether big or small, Portia is always there, often going above and beyond expectations to help. For example, on trash pickup days, she would clear the road by putting away all empty trash cans. When needed, she helped out a physically challenged neighbor (now deceased) who struggled to get back to his house after picking up his mail. After his passing, for days she took time to keep his wife company. She once brought dinner for another neighbor when he and his family had a tragic incident. Her conscious effort to understand the perspectives of others, offering support and understanding when people are going through tough times. She is the type of person who listens intently, validates feelings, and encourages others to feel heard and valued.

What truly sets Portia apart is her deep sense of empathy and ability to bring people together. I have witnessed firsthand how she often organized community gatherings and fostered a sense of camaraderie among neighbors. Her special ability to bring people together, creating a sense of unity and cooperation within our community is something I deeply admire.

I have no doubt that Portia will continue to be an asset to any community she is part of. She is a person of great character, and I wholeheartedly recommend her for any consideration, knowing that she will consistently demonstrate the same qualities of dependability, empathy, and unity that she brings to those around her.

Please feel free to contact me if you would like further information or clarification.

Sincerely,

*Lisa Nelson*

Lisa Nelson

Zandile Dotwana
7 Anneke Avenue, Glenvista x3
Cell: 0834074264
Email: Zalintsika@gmail.com
24 February 2025

**To whom it may concern**

**Subject: Character Reference Letter**

I am eagerly writing about my sister Portia Anyamba. I have known her since I was born. She is the big sister to 8 (Eight) siblings. With parents who were fully absorbed in their daily duties, Portia assumed deputy parent responsibilities from a young age.

Portia is dependable and has a strong character. She is hard-working and commits to whatever she puts her mind on. As a person with a strong maths and science background, she turns out to be meticulous in approach. Collaborating with others comes naturally given that she cared for 8 of us. I can proudly say we are well groomed owing to her tremendous contribution to our character formation. She has impressed on us the importance of being good listeners, showing empathy and compassion at all times, showing respect, honoring commitments and hard working.

Even though Portia has been living overseas for several years, we still rely on her for support. In our family she wears many caps: she is a mentor, an advisor, a tutor, a sounding board, and a very strict but also kind and intuitive. She is someone who does not hesitate to step in to help when needed. Her generosity extends to her friends and every young person she has been in contact with including her nephews and nieces. She is a great advocate for empowering young people so they can greater success and reach their full potential, surpassing the accomplishment of their parents.

She is my role model with academic achievements that inspired me to pursue Masters in Business Administration (MBA). During the time I was studying MBA, she walked the journey with me. She was my cheerleader and my go-to person. Amid her busy schedule, she would make time to listen and give advice when required. She does not only encourage me; she goes the extra mile to encourage my kids to be the best they can be.

In conclusion, I am confident that Portia Anyamba is a good citizen anywhere she lives and a valued member of the community. I strongly recommend her for a favourable consideration.

Yours Sincerely,
**Zandile Sibiya**

Rebecca R. Pyuzza
6216 Gothic Lane
Bowie, MD 20720

February 24, 2025

Reference: Portia Anyamba

To Whom It May Concern,

It is a privilege to write this letter about my Aunt Portia Anyamba, a woman whose kindness, strength, and generosity make her truly one of a kind. She is the person you can always count on, no matter the situation. Whether it's family, friends, or even strangers in need, Aunt Portia is always there, ready to help without hesitation.

She works harder than anyone I know, not just for herself but for the people around her. She never complains, never seeks praise—she simply does what needs to be done because that's the kind of person she is. She has built so much with her own hands, yet her greatest impact is not in what she has accomplished, but in the lives she has touched.

Beyond her hard work, Aunt Portia has a heart that overflows with love. She is the one who checks in when she knows you're struggling, who welcomes everyone into her home with warmth, who somehow always knows the right thing to say when you need guidance. She has a way of making people feel valued and supported, no matter where they come from or what they're going through.

I have always admired her resilience, her wisdom, and most of all, her unwavering kindness. She doesn't just tell people to do good—she shows them how through her actions. If there is anyone who deserves to be recognized for their character, it is Aunt Portia.

I would be happy to answer any questions you may have:

Rebecca Pyuzza
6216 Gothic Lane
Bowie, MD 20720
240-533-6966

Sincerely,

*Rebecca R Pyuzza*

Rebecca Pyuzza

**Sibonelesihle Sibiya**
Unit 59 Esplendido Complex,
3 Sovereign Rd,
Wilgeheuwel
Roodepoort,
South Africa
1724

Sibonelesihle@yahoo.com
+27 76 455 5138

**To Whom It May Concern,**

I am writing this letter to offer a personal character reference for my older sister, Portia Nozipho Anyamba. I've had the privilege of growing up with her, and in all the years I've known her, I can confidently say she is one of the most hardworking, honest, and caring people I know.

Portia has always been someone I could rely on, both as my sister and as a role model. She's not just dedicated to her work, but she genuinely cares about everything she does, always giving 100%. Whether she's tackling a big project or helping someone out, she does it with such grace and determination. Her professionalism and problem-solving skills are qualities I admire deeply, and I've seen how she handles challenges with such a calm and clear approach.

On a personal level, Portia has always been there for me. She's been a constant source of guidance, support, and encouragement, especially when I've needed advice. As my older sister, she's set such a strong example for me to follow, not just in her work ethic, but in how she treats others with kindness and respect. She has taught me how to help others without expecting anything in return. I've learned so much from her—how to stay grounded, how to be compassionate, and how to approach life with a positive attitude.

Portia's ability to connect with people is something I've always admired. She's a great listener, she communicates so thoughtfully, and she makes people feel seen and heard. I've witnessed her bring people together, whether in family settings or in work environments, and I truly believe her positivity and leadership shine through in everything she does.

I have no doubt that Portia will continue to excel in anything she puts her mind to. She's not only responsible but also incredibly driven, and I'm so proud to call her my sister.

If you need any further information or would like to chat, please feel free to get in touch. I wholeheartedly recommend Portia Nozipho Anyamba for any consideration—she will absolutely exceed expectations.


Warm regards,
**Sibonelesihle Sibiya**

Portia Anyamba

342 Gwinhurst Rd, Knoxville TN 37934

01/30/2026

Honorable Judge Varlan
U.S District Court Eastern District of Tennessee
800 Market St, Suite 130, Knoxville, TN 37902

**RE:  Portia Anyamba and Case #: 3:25-cr-94-TAV-JEM, US**

Dear Judge Varlan,

My name is Portia Anyamba and I am writing to you on my own behalf ahead of my sentencing hearing on 03/04/2026.  I am writing this letter to formally accept responsibility for my actions and to express my sincere remorse for "Acting as an Agent of a Foreign Government and Making False Statements."

I realize that my actions were wrong and have tarnished my reputation as a law-abiding citizen.  Over the past year, I have had a lot of time to reflect on my choices.  In South Africa, I was secretly labeled as pro-America due to my spouse's citizenship and my views on democracy.  When I relocated to the U.S. I maintained cordial relations with my former South African colleagues who were stationed at the embassy. I harbored a dream of working at the embassy so that I can contribute to showcasing the U.S. as a prime ally of South Africa with abundant policies that can positively impact the lives of ordinary citizens.  During Covid, when Gyms were closed, I came across analyst job ads that required a submission of writing sample. I started attending Think Tanks to produce writing samples by summarizing discussions, while helping me improve my writing skills, skills I needed in writing my memoir.  When an acquaintance at the embassy asked me to share my summaries, I viewed the request as good opportunity hoping that my summary reports could contribute to improved perceptions and relations between the two countries.  As a dual citizen, I failed to recognize that my desire and actions were in violation of the law.  At ORNL, I discovered the Laboratory's heightened cautiousness towards foreign countries.  Out of fear, I decided not to disclose my past interactions with the embassy.  It is a misjudgment that will haunt me for the rest of my life.

Since this incident, beside experiencing financial difficulties due to loss of employment and declining health, we also lost our community's trust.  I am fully committed to becoming a better person and a productive member of society.  I have engrossed myself in my church and local communities' projects, local events and social relationships.  I am also learning new skills, and I am researching ways I can support stroke survivor's and mentor youth.  I understand that I must face consequences for my actions, but I respectfully ask that you consider my remorse and my commitment to serve my community when deciding on my sentence.

Thank you for your time and for reviewing this letter.

Respectfully,
Portia Anyamba

**Character Reference Letter: Portia Anyamba**

**Date:** February 01, 2026
**To:** The Honorable Judge Varlan
**Re:** Sentencing of Portia Anyamba (Date: 03/04/2026)

Your Honor,

My name is Assaf Anyamba, and I am writing to you on behalf of my wife, Portia Anyamba. We have shared our lives for over 26 years and have been married for 19 years—ironically, her sentencing date falls on our wedding anniversary. I am writing to provide a window into the character of the woman I know, and to humbly ask for your mercy.

Portia is the bedrock of our family. My personal dependence on her is absolute. After I suffered a massive stroke in 2009, Portia sacrificed everything to ensure my recovery, making my trips from her temporary work in France to check on me. She recognized that my long-term health required a stable, familiar environment. Consequently, at the end of her tour of duty in France, she requested early retirement from a successful career in South Africa and relocated to the United States to care for me.

This was not an isolated act of kindness. Throughout my subsequent health crises—including a ruptured appendicitis in 2018, a cardiac arrest in 2023, and my current recovery from prostate surgery—she has been my primary caregiver. I truly cannot imagine my life, or my continued survival, without her endless patience and support. While taking care of me, she also managed to go to school and obtain two masters' degrees as well as work at a gym whose primary purpose was to help people lose weight and live healthy lives. During the holiday periods (July 4th, Thanksgiving, Christmas etc.) she organized and hosted family, friends and neighbors, and participated in organizing community social events.  In Maryland, I remember how she kept our neighbor company for days after the passing of her spouse.

I cannot debate the legitimacy of the allegations against her, but I can attest that that Portia's actions were never rooted in malice or a desire to harm her adopted country. During the isolation of the COVID-19 period, when gyms closed operations, she attended public think-tank meetings primarily to improve her written English for a memoir she hoped to write about her life as a refugee.  When she was asked by an acquaintance from the South Africa embassy to summarize those public presentations, she saw it as an opportunity to practice her analytical skills while highlighting positive developmental policies that US has towards South Africa. She had no understanding of the legal complexities or registration requirements regarding this process. In all the years I have known her, she has never engaged in negative or harmful activities; she has always been a woman of integrity.

The past 18 months have been traumatic. Portia is devastated by the impact this has had on our lives, particularly the loss of our employment at ORNL and the resulting financial hardship. She feels a profound sense of guilt for the burden this has placed on me. Portia is a patriotic citizen who is deeply grateful for the education and opportunities this country has provided her. Before these events, she dreamt of creating a support group for stroke caregivers and mentoring youth on the values of discipline and hard work. She is not a danger to society; she is a woman who wants a chance for redemption and a fresh start.

Your Honor, I respectfully ask you to consider Portia's history of selflessness, her lack of criminal intent and history, and the vital role she plays in my medical care and community. I humbly request that you exercise leniency and grant her a sentence of mercy so that she may continue to care for me and work toward making a positive impact on her community.

Sincerely,

**Assaf Anyamba**

To Whom It May Concern,

We have been friends with Portia Anyamba for two years now. We became close shortly after we first met. She has celebrated holidays and shared meals with our family. We are neighbors, living just a few houses down from each other. Portia is very involved in our community and assists with HOA activities. Additionally, she is a member of our neighborhood women's group. This group welcomes new residents and aids those who need help.

We are glad to write this letter for Portia. Call or email us if you have any questions.

Sincerely,

Steven and Monique Miller

315 Gwinhurst Rd

Farragut, TN 37934

865-318-9882

865-318-0194