# PORTIA ANYAMBA

Knoxville, TN 37934          P_Anyamba@outlook.com          (C) 240-397-3951
LinkedIn:  https://www.linkedin.com/in/portia-a/          GitHub: https://github.com/Posh007

## ANALYST

Results-oriented professional with proven success in program management, strategic management, collaboration, analysis, and problem-solving gained through team projects and the South African military service. Able to think critically, resolve problems, maintain accurate metrics and reports, as well as provide services to support decision-making in quickly shifting and diverse environments in line with organizational priorities.

### Core Competencies

Program Management ▪ Proposal Coordination ▪ Strategic Planning and Management ▪ Project Management ▪ Business Administration ▪ Financial Analysis, Modeling & Forecasting ▪ Budget Analysis, Forecasting and Control ▪ Data Analysis ▪ Problem Solving ▪ Presentation Delivery ▪ Diplomacy

## EDUCATION

- **Data Analytics Certificate**, Johns Hopkins Engineering, Baltimore, MD
  *Relevant Coursework*: Analysis and Forecasting using Excel, and Data Visualization
- **Master of Science**, Financial Management, University of Maryland, Adelphi, MD
  *Relevant Coursework*: Financial Analysis and Modeling, Long-Term Financial Management, Behavioral Finance, Multinational Financial Management, and Strategic Financial Management
- **Master of Business Administration**, University of Maryland, Adelphi, MD
  *Relevant Coursework*:  Economics Management Decisions, the Manager in Organizations and Society; Managing Projects, Operations, and Information Systems; and Managing Global Business and Strategy
- **Bachelor of Technology**, Computer Science/Mathematics, Federal University of Technology, Minna, Nigeria

## PROFESSIONAL EXPERIENCE

**UT-BATTELE**                                                                                      Oakridge, TN
**Program Management Operations Specialist**                                         2023–2024
- Served as a division proposal coordinator responsible for managing proposal calls, and assisting in proposal development especially in ensuring compliance with program policies, procedures, and standards.
- Formulated, monitored and reported on programmatic metrics for ~ 60 active projects and associated risks within the program.
- Planned, organized and facilitated program meetings including project/proposal development, quarterly project/sponsor review and stakeholder meetings.
- Facilitated the closure of about 150 old projects with expired periods of performance.
- Worked across the lab to provide the required support and other tasking from the directorate and sponsors.

**JOHN HOPKINS UNIVERSITY**                                                            Baltimore, MD
**Student - Data Analytics Boot Camp**                                                 2021 - 2021
- Crunched large data with Excel formulas.
- Participated in several group projects such as undertaking the analysis of Maryland homelessness (story-telling) using Python programming, Tableau, and Machine Learning.

- Analyzed trends, and created charts, and interactive elements to facilitate decision-making using data visualization tools including Excel, HTML dashboard using JavaScript, Plot.ly, HTML, CSS, JSON, and D3.

**CLOUD10** Laurel, MD
**Fitness Trainer** 2018 - 2021
- Designed and conducted group training programs that fulfilled the general needs and skill levels of all participants.
- Interacted with clients daily to ensure that they were on track with their weight loss and fitness goals, with more than 65% of participants achieving their objectives.
- Promoted company programs, products, and services to clients and members of the community.
- Helped analyze membership growth trends and the effectiveness of seasonal promotions.

**UNIVERSITY OF MARYLAND** Adelphi, MD
**Graduate Student** 2012–2016
- Led group projects to undertake the evaluation of corporate capital budgeting challenges, analysis of a firm's exchange rate risk management approaches, and valuation of company assets.
- Developed and presented case studies on preserving competitive advantage, managing innovation, and market differentiation.
- Gained proficiency with Excel and practical experience in using techniques such as regression analysis, and forecasting dashboard development.
- Evaluated Southwestern Airlines' strategic financial management and corporate governance issues, receiving recognition from the professor for the ability to conduct research and synthesize findings.

**NATIONAL DEFENCE FORCE OF THE REPUBLIC OF SOUTH AFRICA** Pretoria, South Africa
**Director of Planning** 2010–2011
- Oversaw synthesis and implementation of comprehensive strategic plans gathered from 7 defense force units, presenting a comprehensive plan and recommendations to the governing board.
- Directed work of 3 chief planners, each with responsibility for monitoring and reporting on plan execution status, and produced comprehensive quarterly reports combining all data.
- Synthesized qualitative and quantitative data to inform national strategic efforts and balance defense needs with budgetary constraints, delivering a consolidated plan ahead of schedule.
- Participated in the development of a "balanced scorecard" system designed to monitor and evaluate plan outcomes.
- Identified inefficiencies and inaccuracies within budgets, procurement activities, and vendor contracts; provided remediation proposals that improved the organization's effectiveness.

**EMBASSY OF THE REPUBLIC OF SOUTH AFRICA** Paris, France
**Defense Attaché** 2007–2010
- Represented the South African Defence Force, cultivated and maintained bilateral relationships with France, and promoted defense industry partnerships to strengthen South Africa's global interests.
- Responsible for budget planning and allocations, requisitions, monitoring, and submitting reports as required.
- Advocated for memorial museum preservation and capital improvements, resulting in the allocation of funds for renovations and the creation of a permanent museum manager role.
- Forged key relationships to promote the South African defense industry in France and drive new business opportunities; facilitated state-owned defense firm's engagement in the French contract bidding process.