

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case No.  3:25-CR-94  Date:  June 17, 2026

United States of America  vs.  Portia Anyamba

**PROCEEDINGS:  Sentencing Hearing.**

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

| Julie Norwood | Kara Nagorny | Katelyn Smith |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

Kyle Wilson and Casey Arrowood                    Joseph Fanduzz
**Asst. U.S. Attorney**                                       **Attorney for Defendant**

**JUDGMENT OF THE COURT:**
- 6 Months of Imprisonment as to Count 1 and 2 to be served concurrently.
- Followed by 2 Years Supervised Release.
- Fine of $9,500.00
- Special Assessment in the amount of $200.00.
- The court recommends that the defendant receive a physical and mental health evaluation and treatment.
- Defendant remain on bond pending desiganton

2:00 p.m. to 3:08 p.m.